# Federal Defenders
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

February 14, 2019

**Via Hand, Email and ECF**
The Honorable Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: **United States v. Jeffrey Faustin, 18-CR-361 (AMD)**

Your Honor:

    I write with an update regarding PSR ¶ 29. On February 13, 2019, Mr. Faustin's open criminal case in New York county was dismissed and sealed, and the erroneously ordered warrant (issued while he was in federal custody) was vacated. *See* Exhibit A.

                            Respectfully Submitted,

                            /s/
                            Mia Eisner-Grynberg
                            Staff Attorney
                            (718) 330-1257

cc:    AUSA David Lizmi (by email and ECF)
       Senior USPO Lisa Langone (by email)

# EXHIBIT A

```
AH02                      CRIMS APPEARANCE HISTORY              02/14/2019
COUNTY: NEW YORK              APPEARANCE DATES                  T035

OPTION SELECTED: FINAL DISPOSITION APPEARANCES
NAME: FAUSTIN,JEFFREY                        DOCKET: 2017NY062267
  CCN: 68410937  J       NYSID #: 09930884  P    ARREST #: M17674421

  02/13/2019 (OPEN)   F         JDG:MARTINEZ-A,M  RPTR:BRIGANTE,A  WV  NT
     DISM-30.30




  REMARKS: 10/25/18.COPY OF FILES & WARRANT
  COMMAND:         MESSAGE:
```